Electronically FILED by Superior Court of California, County of Los Angeles on 09/05/2019 09:30 AM Sherri R. Carter, Executive Officer/Clerk of Court, by N. Alvarez, Deputy Clerk
19STCV31386

Assigned for all purposes to: Stanley Mosk Courthouse, Judicial Officer: Daniel Murphy

ORLANDO F. CABANDAY (SBN 168131)
orlando@cabandaylawgroup.com
CABANDAY LAW GROUP
21221 S. Western Avenue, Suite 208
Torrance, CA 90501
T:  310.997.2558
F:  310.984.1735

Attorneys for Plaintiff
**JONATHAN ROBERTS**

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES

JONATHAN ROBERTS,

            Plaintiff,

vs.

LUXOTTICA NORTH AMERICA, INC DBA LENS CRAFTERS, a California Corporation; and DOES 1 through 50, inclusive,

            Defendants.

CASE NO. 19STCV31386

**COMPLAINT FOR:**

(1) DISCRIMINATION BASED ON REQUEST TO CARE FOR NEWBORN; AND
(2) WRONGFUL TERMINATION IN VIOLATON OF PUBLIC POLICY

**DEMAND FOR JURY TRIAL**

1

**COMPLAINT**

Plaintiff Jonathan Roberts ("Plaintiff") states and alleges as follows:

## THE PARTIES

1. Plaintiff is a resident of Los Angeles County and employed by the defendants in the State of California within the jurisdiction of this Court. Plaintiff is and was, at all material times herein, an "employee" as defined by Section 12926(c) of the California Government Code as codified under the Fair Employment Housing Act ("FEHA.")

2. Plaintiff is informed and believes and based thereon alleges at all relevant times, Defendant Luxottica Retail North America, Inc. DBA LensCrafters ("Defendant") was and is a corporation doing business in the State of California. Plaintiff is informed and believes and based thereon alleges that Defendant was an "employer" under FEHA.

3. The true names and capacities of Defendants sued herein as Does 1 through 50, inclusive, are unknown to Plaintiff, but Plaintiff will amend this Complaint when and if the true names of said Defendants become known to her. Plaintiff is informed and believes and based thereon alleges that each of the Defendants sued herein as a Doe is responsible in some manner for the events and happenings herein set forth and proximately caused injury and damages, and any reference to "Defendant" shall mean "Defendant and each of them."

4. Plaintiff is informed and believes and based thereon alleges that each Defendant was the agent of its Co-Defendants, and in doing the things alleged in this Complaint was acting within the course and scope of that agency.

5. This action is brought pursuant to Government Code section 12900 et seq., and the corresponding FEHA regulations.

6. A right to sue letter was issued by the California Department of Fair Employment and Housing on June 10, 2019.

2

**COMPLAINT**

## GENERAL ALLEGATIONS

7. Defendant hired Plaintiff in April 2018 to manage its Redondo Beach Macy's LensCrafter's store, and after the store was cancelled, the CORE store within the South Bay Gallery (where the Macy's Store was located before it was cancelled.) His work performance earned him praise from his managers culminating in an offer of promotion to manage a second store with a commiserate pay raise.

8. In September 2018, Mr. Roberts accepted the promotion and became a manager of a CORE store with his "home" store in Redondo Beach (the Pacific Coast Highway store) and the CORE store at the South Bay Galleria. Defendants also gave him the responsibility for staffing and launching the Macy's LenCrafters in Manhattan Beach. With his promotion, the company's recruiting officer, Ashley Engle and zone vice president, Ross Goukler, stated that his new position entitled him to 120 hours of up-front accrued paid time off ("PTO.") He subsequently followed up with them to confirm the PTO because as he advised them, he was about to have a second child (in April 2019). They repeatedly confirmed that his promotion entitled him to the 120 hours of PTO, no additional written confirmation would be necessary. He took them at their word.

9. With the birth of his child imminent, Plaintiff contacted his manager, Shelli Linder, to remind her of his intention to take time off, confirm the promised PTO, and obtain confirmation that his leave for "baby bonding" was okay. At the suggestion of human resources and Miss Linder, Mr. Roberts contacted the company's benefit coordinator, Sedgwick, to confirm he had the allotted PTO. Sedgwick stated he could obtain paid benefits through California's public benefits. No objection was ever stated for him taking the time off.

10. On March 17, 2019, Plaintiff's wife gave birth to their child and he took time off. At no time before taking the time off had he been advised that a leave, whether paid or unpaid

3

**COMPLAINT**

pursuant to the company's employment manual, had been disapproved.

11. On March 31, 2019, human resources, Beth (last name not provided) threatened that Plaintiff would be fired for abandoning the company if he did not return the work on April 2, 2019. (All threats were made without regard to Plaintiff, his wife and their newborn child.) Plaintiff requested an unpaid leave to care for his family; no immediate response was provided.

12. On April 2nd, Plaintiff returned to work but was fired because he took time off to care for his wife and newborn child.

13. Defendants fired Plaintiff for exercising his right to care for his newborn child; the reasons manufactured by the company to fire him are pretextual and unfounded.

14. Plaintiff filed this Action to recover the damages resulting from his wrongful termination.

## FIRST CAUSE OF ACTION

## DISCRIMINATION

### (Against All Defendants)

15. Plaintiff incorporates by reference the allegations of paragraphs 1 through 14 above.

16. At all times herein, California Government Code Sections 12940 et seq. were binding on Defendants. Under FEHA, it is an unlawful employment practice for an employer because of sex and/or pregnancy of a person, to bar or discharge a person from employment, or otherwise discriminate against the employee on such basis.

17. Defendants terminated Plaintiff's employment solely due to his taking time off to care for his family.

18. As a direct and proximate cause of Plaintiff's election to care for his family, Defendants discriminated against Plaintiff by terminating his employment.

19. As a proximate result of Defendants' wrongful actions, Plaintiff has suffered actual, consequential, and incidental financial losses, including without limitation loss of salary and

4

**COMPLAINT**

benefits, and the intangible loss of employment related opportunities in his field and damage to his reputation, in amounts all subject to proof at the time of trial. Plaintiff requests all such damages under the Civil Code.

20. As a proximate result of Defendants' actions, Plaintiff has suffered and will continue to suffer emotional distress, humiliation, anxiety and embarrassment, as well as the manifestation of physical symptoms. Plaintiff's damages are subject to proof at the time of trial.

21. The acts taken toward Plaintiff were carried out by Defendants in a despicable, oppressive, fraudulent, malicious, deliberate, egregious and inexcusable manner and in such conscious disregard for the rights and safety of Plaintiff. Defendants' managing agents authorized, conditioned and ratified the unlawful condition of each other. Consequently, Plaintiff is entitled to an award of punitive damages.

## SECOND CAUSE OF ACTION

## WRONGFUL TERMINATION IN VIOLATION OF PUBLIC POLICY

### (Against All Defendants)

22. Plaintiff incorporates by reference the allegations of paragraphs 1 through 21 above.

23. Defendants terminated Plaintiff's employment solely due to his election to care for his family upon the birth of his child.

24. As a direct and proximate cause of Plaintiff taking time to care for his family, Defendants discriminated against Plaintiff by terminating his employment.

25. As a proximate result of Defendants' wrongful actions, Plaintiff has suffered actual, consequential, and incidental financial losses, including without limitation loss of salary and benefits, and the intangible loss of employment related opportunities in his field and damage to his reputation, in amounts all subject to proof at the time of trial. Plaintiff requests all such damages under the Civil Code.

26. As a proximate result of Defendants' actions, Plaintiff has suffered and will continue to suffer emotional distress, humiliation, anxiety and embarrassment, as well as the manifestation of physical symptoms. Plaintiff's damages are subject to proof at the time of trial.

27. The acts taken toward Plaintiff were carried out by Defendants in a despicable, oppressive, fraudulent, malicious, deliberate, egregious and inexcusable manner and in such conscious disregard for the rights and safety of Plaintiff. Defendants' managing agents authorized, conditioned and ratified the unlawful condition of each other. Consequently, Plaintiff is entitled to an award of punitive damages.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully prays for judgment against Defendants, and each of them, according to proof, as follows:

1. For general and special damages, in a sum in excess of the minimum jurisdictional limit of this Court, according to proof at trial;
2. For statutory attorney's fees under FEHA and California's Labor Code;
3. For punitive damages;
4. For statutory penalties;
5. For interest at the maximum legal rate;
6. For costs of suit incurred herein; and
7. For such other and further relief as the Court may deem just and proper.

DATED: September 3, 2019 ~~July 22, 2019~~

CABANDAY LAW GROUP

By: _____
ORLANDO F. CABANDAY
Attorneys for Plaintiff
**JONATHAN ROBERTS**

6
**COMPLAINT**

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on the claims so triable.

*September 3, 2019*

DATED: July 22, 2019            CABANDAY LAW GROUP

By: _____
ORLANDO F. CABANDAY
Attorneys for Plaintiff
**JONATHAN ROBERTS**

7
**COMPLAINT**

Case 2:19-cv-08960-VAP-JC Document 1-1 Filed 10/17/19 Page 8 of 16 Page ID #:15
Electronically FILED by Superior Court of California, County of Los Angeles on 09/17/2019 09:30 AM Sherri R. Carter, Executive Officer/Clerk of Court, by J. Tang,Deputy Clerk
19STCV31386

# SUMMONS
## (CITACION JUDICIAL)

**SUM-100**

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Luxottica North America, Inc DBA Lens Crafters, a California Corporation and DOES 1 through 50, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Jonathan Roberts

---

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center *(www.courtinfo.ca.gov/selfhelp),* your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site*(www.lawhelpcalifornia.org),* the California Courts Online Self-Help Center *(www.courtinfo.ca.gov/selfhelp),* or by contacting your local court or county bar association.**NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California(www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California,(www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

---

The name and address of the court is:
*(El nombre y dirección de la corte es):*

**CASE NUMBER** *(Número del Caso):*
19STCV31386

Superior Court County of Los Angeles
111 North Hill Street
Los Angeles, CA 90012

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Orlando F. Cabanday 168131 Cabanday Law Group
21221 S. Western Avenue, Suite 208 (310) 997-2558
Torrance, CA 90501

Sherri R. Carter Executive Officer / Clerk of Court

DATE: 09/17/2019
*(Fecha)*

Clerk, by Jenny D. Tang , Deputy
*(Secretario)* *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* LUXOTTICA NORTH AMERICA, INC DBA LENS CRAFTERS, A CALIFORNIA CORPORATION
   under: ☒ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

Roberts, Jonathan

Case 2:19-cv-08960-VAP-JC Document 1-1 Filed 10/17/19 Page 9 of 16 Page ID #:16
Electronically FILED by Superior Court of California, County of Los Angeles on 09/05/2019 05:30 AM Sherri R. Carter, Executive Officer/Clerk of Court, by N. Alvarez, Deputy Clerk
19STCV31386

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Orlando F. Cabanday 168131<br>Cabanday Law Group<br>21221 S. Western Avenue, Suite 208<br>Torrance, CA 90501<br>TELEPHONE NO.: (310) 997-2558   FAX NO.: (310) 984-1735<br>ATTORNEY FOR (Name): | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Central

CASE NAME: Roberts v. Luxottica

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| [X] Unlimited  [ ] Limited<br>(Amount  (Amount<br>demanded  demanded is<br>exceeds $25,000) $25,000 or less) | [ ] Counter  [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | 19STCV31386<br>JUDGE:<br>DEPT.: |

*Items 1-6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[X] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition (not specified above) (43)

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties   d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel   e. [ ] Coordination with related actions pending in one or more courts
      issues that will be time-consuming to resolve         in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence   f. [ ] Substantial postjudgment judicial supervision
3. Remedies sought (check all that apply): a. [X] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [ ] punitive
4. Number of causes of action (specify):
5. This case [ ] is [X] is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: 8/22/2019  9/6/19

Orlando F. Cabanday
(TYPE OR PRINT NAME)                                                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]
CEB Essential Forms

CIVIL CASE COVER SHEET

Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

Roberts, Jonathan

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
   Auto (22)-Personal Injury/Property
     Damage/Wrongful Death
   Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
   Asbestos (04)
     Asbestos Property Damage
     Asbestos Personal Injury/ Wrongful Death
   Product Liability *(not asbestos or toxic/environmental)* (24)
   Medical Malpractice (45)
     Medical Malpractice-Physicians & Surgeons
     Other Professional Health Care Malpractice
   Other PI/PD/WD (23)
     Premises Liability (e.g., slip and fall)
     Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
     Intentional Infliction of Emotional Distress
     Negligent Infliction of Emotional Distress
     Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
   Business Tort/Unfair Business Practice (07)
   Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
   Defamation (e.g., slander, libel) (13)
   Fraud (16)
   Intellectual Property (19)
   Professional Negligence (25)
     Legal Malpractice
     Other Professional Malpractice *(not medical or legal)*
   Other Non-PI/PD/WD Tort (35)

**Employment**
   Wrongful Termination (36)
   Other Employment (15)

**Contract**
   Breach of Contract/Warranty (06)
     Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
     Contract/Warranty Breach-Seller Plaintiff *(not fraud or negligence)*
     Negligent Breach of Contract/ Warranty
     Other Breach of Contract/Warranty
   Collections (e.g., money owed, open book accounts) (09)
     Collection Case-Seller Plaintiff
     Other Promissory Note/Collections Case
   Insurance Coverage *(not provisionally complex)* (18)
     Auto Subrogation
     Other Coverage
   Other Contract (37)
     Contractual Fraud
     Other Contract Dispute

**Real Property**
   Eminent Domain/Inverse Condemnation (14)
   Wrongful Eviction (33)
   Other Real Property (e.g., quiet title) (26)
     Writ of Possession of Real Property
     Mortgage Foreclosure
     Quiet Title
     Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
   Commercial (31)
   Residential (32)
   Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
   Asset Forfeiture (05)
   Petition Re: Arbitration Award (11)
   Writ of Mandate (02)
     Writ-Administrative Mandamus
     Writ-Mandamus on Limited Court Case Matter
     Writ-Other Limited Court Case Review
   Other Judicial Review (39)
     Review of Health Officer Order
     Notice of Appeal-Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400-3.403)**
   Antitrust/Trade Regulation (03)
   Construction Defect (10)
   Claims Involving Mass Tort (40)
   Securities Litigation (28)
   Environmental/Toxic Tort (30)
   Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
   Enforcement of Judgment (20)
     Abstract of Judgment (Out of County)
     Confession of Judgment *(non-domestic relations)*
     Sister State Judgment
     Administrative Agency Award *(not unpaid taxes)*
     Petition/Certification of Entry of Judgment on Unpaid Taxes
     Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
   RICO (27)
   Other Complaint *(not specified above)* (42)
     Declaratory Relief Only
     Injunctive Relief Only *(non-harassment)*
     Mechanics Lien
     Other Commercial Complaint Case *(non-tort/non-complex)*
     Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
   Partnership and Corporate Governance (21)
   Other Petition *(not specified above)* (43)
     Civil Harassment
     Workplace Violence
     Elder/Dependent Adult Abuse
     Election Contest
     Petition for Name Change
     Petition for Relief from Late Claim
     Other Civil Petition

| SHORT TITLE: Roberts v. Luxottica | CASE NUMBER |
|---|---|

# CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION
## (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

This form is required pursuant to Local Rule 2.3 in all new civil case filings in the Los Angeles Superior Court.

**Step 1:** After completing the Civil Case Cover Sheet (Judicial Council form CM-010), find the exact case type in Column A that corresponds to the case type indicated in the Civil Case Cover Sheet.

**Step 2:** In Column B, check the box for the type of action that best describes the nature of the case.

**Step 3:** In Column C, circle the number which explains the reason for the court filing location you have chosen.

### Applicable Reasons for Choosing Court Filing Location (Column C)

1. Class actions must be filed in the Stanley Mosk Courthouse, Central District.
2. Permissive filing in central district.
3. Location where cause of action arose.
4. Mandatory personal injury filing in North District.
5. Location where performance required or defendant resides.
6. Location of property or permanently garaged vehicle.
7. Location where petitioner resides.
8. Location wherein defendant/respondent functions wholly.
9. Location where one or more of the parties reside.
10. Location of Labor Commissioner Office.
11. Mandatory filing location (Hub Cases – unlawful detainer, limited non-collection, limited collection, or personal injury).

| | A Civil Case Cover Sheet Category No. | B Type of Action (Check only one) | C Applicable Reasons - See Step 3 Above |
|---|---|---|---|
| Auto Tort | Auto (22) | ☐ A7100 Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1, 4, 11 |
| | Uninsured Motorist (46) | ☐ A7110 Personal Injury/Property Damage/Wrongful Death – Uninsured Motorist | 1, 4, 11 |
| Other Personal Injury/ Property Damage/ Wrongful Death Tort | Asbestos (04) | ☐ A6070 Asbestos Property Damage | 1, 11 |
| | | ☐ A7221 Asbestos - Personal Injury/Wrongful Death | 1, 11 |
| | Product Liability (24) | ☐ A7260 Product Liability (not asbestos or toxic/environmental) | 1, 4, 11 |
| | Medical Malpractice (45) | ☐ A7210 Medical Malpractice - Physicians & Surgeons | 1, 4, 11 |
| | | ☐ A7240 Other Professional Health Care Malpractice | 1, 4, 11 |
| | Other Personal Injury Property Damage Wrongful Death (23) | ☐ A7250 Premises Liability (e.g., slip and fall) | 1, 4, 11 |
| | | ☐ A7230 Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, vandalism, etc.) | 1, 4, 11 |
| | | ☐ A7270 Intentional Infliction of Emotional Distress | 1, 4, 11 |
| | | ☐ A7220 Other Personal Injury/Property Damage/Wrongful Death | 1, 4, 11 |

| LASC CIV 109 Rev. 12/18 For Mandatory Use | CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION | Local Rule 2.3 Page 1 of 4 |
|---|---|---|

| SHORT TITLE: Roberts v. Luxottica | CASE NUMBER |
|---|---|

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C Applicable<br>Reasons - See Step 3<br>Above |
|---|---|---|---|
| **Non-Personal Injury/ Property Damage/ Wrongful Death Tort** | Business Tort (07) | ☐ A6029 Other Commercial/Business Tort (not fraud/breach of contract) | 1, 2, 3 |
| | Civil Rights (08) | ☐ A6005 Civil Rights/Discrimination | 1, 2, 3 |
| | Defamation (13) | ☐ A6010 Defamation (slander/libel) | 1, 2, 3 |
| | Fraud (16) | ☐ A6013 Fraud (no contract) | 1, 2, 3 |
| | Professional Negligence (25) | ☐ A6017 Legal Malpractice | 1, 2, 3 |
| | | ☐ A6050 Other Professional Malpractice (not medical or legal) | 1, 2, 3 |
| | Other (35) | ☐ A6025 Other Non-Personal Injury/Property Damage tort | 1, 2, 3 |
| **Employment** | Wrongful Termination (36) | ☑ A6037 Wrongful Termination | 1, 2, 3 |
| | Other Employment (15) | ☐ A6024 Other Employment Complaint Case | 1, 2, 3 |
| | | ☐ A6109 Labor Commissioner Appeals | 10 |
| **Contract** | Breach of Contract/ Warranty (06)<br>(not insurance) | ☐ A6004 Breach of Rental/Lease Contract (not unlawful detainer or wrongful eviction) | 2, 5 |
| | | ☐ A6008 Contract/Warranty Breach -Seller Plaintiff (no fraud/negligence) | 2, 5 |
| | | ☐ A6019 Negligent Breach of Contract/Warranty (no fraud) | 1, 2, 5 |
| | | ☐ A6028 Other Breach of Contract/Warranty (not fraud or negligence) | 1, 2, 5 |
| | Collections (09) | ☐ A6002 Collections Case-Seller Plaintiff | 5, 6, 11 |
| | | ☐ A6012 Other Promissory Note/Collections Case | 5, 11 |
| | | ☐ A6034 Collections Case-Purchased Debt (Charged Off Consumer Debt Purchased on or after January 1, 2014) | 5, 6, 11 |
| | Insurance Coverage (18) | ☐ A6015 Insurance Coverage (not complex) | 1, 2, 5, 8 |
| | Other Contract (37) | ☐ A6009 Contractual Fraud | 1, 2, 3, 5 |
| | | ☐ A6031 Tortious Interference | 1, 2, 3, 5 |
| | | ☐ A6027 Other Contract Dispute(not breach/insurance/fraud/negligence) | 1, 2, 3, 8, 9 |
| **Real Property** | Eminent Domain/Inverse Condemnation (14) | ☐ A7300 Eminent Domain/Condemnation    Number of parcels_____ | 2, 6 |
| | Wrongful Eviction (33) | ☐ A6023 Wrongful Eviction Case | 2, 6 |
| | Other Real Property (26) | ☐ A6018 Mortgage Foreclosure | 2, 6 |
| | | ☐ A6032 Quiet Title | 2, 6 |
| | | ☐ A6060 Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2, 6 |
| **Unlawful Detainer** | Unlawful Detainer-Commercial (31) | ☐ A6021 Unlawful Detainer-Commercial (not drugs or wrongful eviction) | 6, 11 |
| | Unlawful Detainer-Residential (32) | ☐ A6020 Unlawful Detainer-Residential (not drugs or wrongful eviction) | 6, 11 |
| | Unlawful Detainer-Post-Foreclosure (34) | ☐ A6020F Unlawful Detainer-Post-Foreclosure | 2, 6, 11 |
| | Unlawful Detainer-Drugs (38) | ☐ A6022 Unlawful Detainer-Drugs | 2, 6, 11 |

LASC CIV 109 Rev. 12/18  
For Mandatory Use

**CIVIL CASE COVER SHEET ADDENDUM  
AND STATEMENT OF LOCATION**

Local Rule 2.3  
Page 2 of 4

| SHORT TITLE: Roberts v. Luxottica | CASE NUMBER |
|---|---|

| A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C Applicable<br>Reasons - See Step 3<br>Above |
|---|---|---|
| **Judicial Review** | | |
| Asset Forfeiture (05) | ☐ A6108 Asset Forfeiture Case | 2, 3, 6 |
| Petition re Arbitration (11) | ☐ A6115 Petition to Compel/Confirm/Vacate Arbitration | 2, 5 |
| Writ of Mandate (02) | ☐ A6151 Writ - Administrative Mandamus<br>☐ A6152 Writ - Mandamus on Limited Court Case Matter<br>☐ A6153 Writ - Other Limited Court Case Review | 2, 8<br>2<br>2 |
| Other Judicial Review (39) | ☐ A6150 Other Writ /Judicial Review | 2, 8 |
| **Provisionally Complex Litigation** | | |
| Antitrust/Trade Regulation (03) | ☐ A6003 Antitrust/Trade Regulation | 1, 2, 8 |
| Construction Defect (10) | ☐ A6007 Construction Defect | 1, 2, 3 |
| Claims Involving Mass Tort (40) | ☐ A6006 Claims Involving Mass Tort | 1, 2, 8 |
| Securities Litigation (28) | ☐ A6035 Securities Litigation Case | 1, 2, 8 |
| Toxic Tort Environmental (30) | ☐ A6036 Toxic Tort/Environmental | 1, 2, 3, 8 |
| Insurance Coverage Claims from Complex Case (41) | ☐ A6014 Insurance Coverage/Subrogation (complex case only) | 1, 2, 5, 8 |
| **Enforcement of Judgment** | | |
| Enforcement of Judgment (20) | ☐ A6141 Sister State Judgment<br>☐ A6160 Abstract of Judgment<br>☐ A6107 Confession of Judgment (non-domestic relations)<br>☐ A6140 Administrative Agency Award (not unpaid taxes)<br>☐ A6114 Petition/Certificate for Entry of Judgment on Unpaid Tax<br>☐ A6112 Other Enforcement of Judgment Case | 2, 5, 11<br>2, 6<br>2, 9<br>2, 8<br>2, 8<br>2, 8, 9 |
| **Miscellaneous Civil Complaints** | | |
| RICO (27) | ☐ A6033 Racketeering (RICO) Case | 1, 2, 8 |
| Other Complaints (Not Specified Above) (42) | ☐ A6030 Declaratory Relief Only<br>☐ A6040 Injunctive Relief Only (not domestic/harassment)<br>☐ A6011 Other Commercial Complaint Case (non-tort/non-complex)<br>☐ A6000 Other Civil Complaint (non-tort/non-complex) | 1, 2, 8<br>2, 8<br>1, 2, 8<br>1, 2, 8 |
| **Miscellaneous Civil Petitions** | | |
| Partnership Corporation Governance (21) | ☐ A6113 Partnership and Corporate Governance Case | 2, 8 |
| Other Petitions (Not Specified Above) (43) | ☐ A6121 Civil Harassment With Damages<br>☐ A6123 Workplace Harassment With Damages<br>☐ A6124 Elder/Dependent Adult Abuse Case With Damages<br>☐ A6190 Election Contest<br>☐ A6110 Petition for Change of Name/Change of Gender<br>☐ A6170 Petition for Relief from Late Claim Law<br>☐ A6100 Other Civil Petition | 2, 3, 9<br>2, 3, 9<br>2, 3, 9<br>2<br>2, 7<br>2, 3, 8<br>2, 9 |

LASC CIV 109 Rev. 12/18
For Mandatory Use

CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION

Local Rule 2.3
Page 3 of 4

| SHORT TITLE: Roberts v. Luxottica | CASE NUMBER |
|---|---|

**Step 4: Statement of Reason and Address:** Check the appropriate boxes for the numbers shown under Column C for the type of action that you have selected. Enter the address which is the basis for the filing location, including zip code. (No address required for class action cases).

| REASON: ☐ 1. ☒ 2. ☐ 3. ☐ 4. ☐ 5. ☐ 6. ☐ 7. ☐ 8. ☐ 9. ☐ 10. ☒ 11. | ADDRESS: Manhattan Beach |
|---|---|
| CITY: Manhattan Beach | STATE: CA | ZIP CODE: 90266 |

**Step 5: Certification of Assignment:** I certify that this case is properly filed in the **Stanley Mosk** District of the Superior Court of California, County of Los Angeles [Code Civ. Proc., §392 et seq., and Local Rule 2.3(a)(1)(E)].

Dated: 8/22/2019

(SIGNATURE OF ATTORNEY/FILING PARTY)

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.
2. If filing a Complaint, a completed Summons form for issuance by the Clerk.
3. Civil Case Cover Sheet, Judicial Council form CM-010.
4. Civil Case Cover Sheet Addendum and Statement of Location form, LACIV 109, LASC Approved 03-04 (Rev. 02/16).
5. Payment in full of the filing fee, unless there is court order for waiver, partial or scheduled payments.
6. A signed order appointing the Guardian ad Litem, Judicial Council form CIV-010, if the plaintiff or petitioner is a minor under 18 years of age will be required by Court in order to issue a summons.
7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case.

LASC CIV 109 Rev. 12/18
For Mandatory Use

CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION

Local Rule 2.3
Page 4 of 4

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF LOS ANGELES | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Stanley Mosk Courthouse<br>111 North Hill Street, Los Angeles, CA 90012 | FILED<br>Superior Court of California<br>County of Los Angeles<br>09/06/2019<br>Sherri R. Carter, Executive Officer / Clerk of Court<br>By: Nora Avalos  Deputy |
| PLAINTIFF:<br>Jonathan Roberts | |
| DEFENDANT:<br>Luxottica North America, INC. | |
| NOTICE OF CASE MANAGEMENT CONFERENCE | CASE NUMBER:<br>19STCV31386 |

TO THE PLAINTIFF(S)/ATTORNEY(S) FOR PLAINTIFF(S) OF RECORD:

You are ordered to serve this notice of hearing on all parties/attorneys of record forthwith, and meet and confer with all parties/attorneys of record about the matters to be discussed no later than 30 days before the Case Management Conference.

Your Case Management Conference has been scheduled at the courthouse address shown above on:

| Date: | Time: | Dept.: |
|---|---|---|
| 12/09/2019 | 8:30 AM | 32 |

NOTICE TO DEFENDANT:  THE SETTING OF THE CASE MANAGEMENT CONFERENCE DOES NOT EXEMPT THE DEFENDANT FROM FILING A RESPONSIVE PLEADING AS REQUIRED BY LAW.

Pursuant to California Rules of Court, rules 3.720-3.730, a completed Case Management Statement (Judicial Council form # CM-110) must be filed at least 15 calendar days prior to the Case Management Conference. The Case Management Statement may be filed jointly by all parties/attorneys of record or individually by each party/attorney of record. You must be familiar with the case and be fully prepared to participate effectively in the Case Management Conference.

At the Case Management Conference, the Court may make pretrial orders including the following, but not limited to, an order establishing a discovery schedule; an order referring the case to Alternative Dispute Resolution (ADR); an order reclassifying the case; an order setting subsequent conference and the trial date; or other orders to achieve the goals of the Trial Court Delay Reduction Act (Gov. Code, § 68600 et seq.).

Notice is hereby given that if you do not file the Case Management Statement or appear and effectively participate at the Case Management Conference, the Court may impose sanctions, pursuant to LASC Local Rule 3.37, Code of Civil Procedure sections 177.5, 575.2, 583.150, 583.360 and 583.410, Government Code section 68608, subdivision (b), and California Rules of Court, rule 2.2 et seq.

Dated: 09/06/2019

Daniel S. Murphy / Judge
Judicial Officer

---

**CERTIFICATE OF SERVICE**

I, the below named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Notice of Case Management Conference upon each party or counsel named below:

☑ by depositing in the United States mail at the courthouse in  Los Angeles , California, one copy of the original filed herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid.

☐ by personally giving the party notice upon filing of the complaint.

Orlando F Cabanday
21221 S. Western Ave. Suite 208
Torrance, CA 90501

Sherri R. Carter, Executive Officer / Clerk of Court

Dated: 09/06/2019

By Nora Avalos
Deputy Clerk

| LACIV 132 (Rev. 07/13)<br>LASC Approved 10-03<br>For Optional Use | **NOTICE OF<br>CASE MANAGEMENT CONFERENCE** | Cal. Rules of Court, rules 3.720-3.730<br>LASC Local Rules, Chapter Three |

# NATIONAL REGISTERED AGENTS, INC.
## *SERVICE OF PROCESS SUMMARY TRANSMITTAL FORM*

To: Emma Paxton, Paralegal
Luxottica Retail
4000 Luxottica Pl
Mason, OH 45040-8114

SOP Transmittal #  536280552

213-337-4615 - Telephone

Entity Served:  LUXOTTICA RETAIL NORTH AMERICA INC.  (Former Name)  (Domestic State: OHIO) (Served as Luxottica North America, Inc, etc., et al., Dfts. Name discrepancy noted.)

Enclosed herewith are legal documents received on behalf of the above captioned entity by National Registered Agents, Inc. or its Affiliate in the State of CALIFORNIA on this 19 day of September, 2019. The following is a summary of the document(s) received:

1. **Title of Action:**  Jonathan Roberts, Pltf. vs. Luxottica North America, Inc, etc., et al., Dfts.

2. **Document(s) Served:**  Other: Summons, Complaint, Notice, Cover Sheet, Attachment(s)

3. **Court of Jurisdiction/Case Number:**  Los Angeles County - Superior Court - Hill Street, CA
   Case # 19STCV31386

4. **Amount Claimed, if any:**  N/A

5. **Method of Service:**

   _X_ Personally served by:   _X_ Process Server   ___ Law Enforcement   ___ Deputy Sheriff   ___ U. S Marshall

   ___ Delivered Via:   ___ Certified Mail   ___ Regular Mail   ___ Facsimile

   ___ Other (Explain):

6. **Date and Time of Receipt:**  09/19/2019 03:39:00 PM CST

7. **Appearance/Answer Date:**  Within 30 calendar days after this summons and legal papers are served on you

8. **Received From:**  Orlando F. Cabanday
   Cabanday Law Group
   21221 S. Western Avenue
   Suite 208
   Torrance, CA 90501
   310-997-2558

9. **Carrier Airbill #** 1ZY041160194778874

10. **Call Made to:** Not required

11. **Special Comments:**
SOP Papers with Transmittal, via  UPS Next Day Air

Image SOP

Email Notification,  Emma Paxton  epaxton@luxotticaretail.com

Email Notification,  Julie Coffman  jcoffman@luxotticaretail.com

REMARKS : According to the California Secretary of State, the only entity registered beginning with the name LUXOTTICA NORTH AMERICA INC is LUXOTTICA RETAIL NORTH AMERICA INC

**NATIONAL REGISTERED AGENTS, INC.**                     CopiesTo:

Transmitted by   Amanda Garcia

The information contained in this Summary Transmittal Form is provided by National Registered Agents, Inc. for informational purposes only and should not be considered a legal opinion. It is the responsibility of the parties receiving this form to review the legal documents forwarded and to take appropriate action.

ORIGINAL